UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC GARDECKI, <br>                Plaintiff, <br><br> v. <br><br> EXETER TOWNSHIP, <br> LISA VANDERLAAN, and <br> WILLIAM WHITE, <br>                Defendants. | No. 5:18-cv-03343 |

# **O R D E R**

**AND NOW**, this 15th, day of January, 2019, upon consideration of Plaintiff's Complaint, ECF No. 1; Defendant's Motion to Dismiss for Failure to State a Claim, ECF No. 4; Plaintiff's Response to Defendant's Motion to Dismiss, ECF No. 9; Defendant's Reply, ECF No. 11; and the oral argument before the court on November 20, 2018, and for the reasons set forth in the accompanying Opinion, **IT IS ORDERED** that:

1. Defendant's Motion to Dismiss for Failure to State a Claim, ECF No. 4, is **GRANTED in part**;

2. Counts I and II are **DISMISSED without prejudice**;

3. Plaintiff is granted leave to file an Amended Complaint with respect to Counts I and II **no later than February 5, 2019**; and

4. Counts IV, VI, VII, and VIII will be remanded to state court if Plaintiff does not file an Amended Complaint.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge